**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD HILLEL,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAG PHARMACEUTICALS, INC., JOHN A. FALLON, PAUL FONTEYNE, DAVID JOHNSON, SCOTT MYERS, KATHRINE O'BRIEN, ANNE M. PHILLIPS, GINO SANTINI, DAVEY S. SCOON, and JAMES SULAT,<br><br>    Defendants. | Case No: 2:20-cv-15569-BRM-ESK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Richard Hillel hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: December 19, 2020                    Respectfully submitted,

                                            **HALPER SADEH LLP**

                                            /s/ Zachary Halper
                                            Zachary Halper, Esq.
                                            186 Darwin Lane
                                            North Brunswick, NJ 08902
                                            Telephone: (212) 763-0060

1

2

                                                    Facsimile: (646) 776-2600
                                                    Email: zhalper@halpersadeh.com

                                                    *Counsel for Plaintiff*

SO ORDERED

_____
Brian R. Martinotti, USDJ
Dated:  Dec. 21, 2020

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 19, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                         /s/ Zachary Halper
                                                         Zachary Halper